IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL
OF RUTH ANN IRWIN, DECEASED.

SUSAN FONTANA SISTER v. EDWARD H. STRYON, ET AL.

February 1, 1988.

Petition for certification denied.

HOLLAND TOWNSHIP BOARD OF EDUCATION v. HOLLAND
TOWNSHIP EDUCATION ASSOCIATION.

February 1, 1988.

Petition for certification denied.

ANNETTE LOPARTITO v. BOARD OF EDUCATION, CITY OF
VINELAND, NEW JERSEY.

February 1, 1988.

Petition for certification denied.

FRANK P. FARINELLA, JR. v. NEW JERSEY ECONOMIC DEVEL-
OPMENT AUTHORITY.

February 1, 1988.

Petition for certification denied.